UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOHAMMAD USAMA TOSEEF, *et al.*,

Plaintiffs,

Case No. 26-cv-10605
Hon. Matthew F. Leitman

v.

MARCO RUBIO, *et al.*,

Defendant.

_______________________________________/

**ORDER TERMINATING DEFENDANTS' MOTION TO DISMISS (ECF No. 4) WITHOUT PREJUDICE**

In this action, Plaintiffs seek to compel the United States Department of State to adjudicate their applications for non-immigrant visas. (*See* Compl., ECF No. 1.) Defendants have filed a motion to dismiss. (*See* Mot., ECF No. 4.) On October 14, 2026, the Court entered a stipulated order staying this action based on the parties' representation that upcoming visa interviews with the Plaintiffs "may render the pending motion and litigation moot." (Order, ECF No. 14.) Based on that entry of that order, the Court **TERMINATES** Defendants' motion to dismiss **WITHOUT PREJUDICE**. Defendants may re-file the motion if the case does not resolve following Plaintiffs' visa interviews and any related administrative proceedings.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 14, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 14, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126